CHARLES H. MOSES, Respondent, v. SAMUEL ZIERLER, Defendant, Impleaded with FRIEDA ZIERLER, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice fixing new date for examination as indicated on argument. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM GOROWITZ, Respondent, v. THE MASSACHUSETTS PROTECTIVE ASSOCIATION, INCORPORATED, OF WORCESTER, MASSACHUSETTS, a Foreign Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELIZABETH W. WYLDE, Individually and as Sole Trustee, etc., of EDWARD WYLDE, Deceased, in Her Own Behalf, etc., Respondent, v. WILLIAM B. CROWELL, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARGARET LUERSSEN, Respondent, v. HOTEL PARK-CENTRAL, INC., Appellant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Summary Proceedings to Compel JOSEPH LINDE, Attorney at Law, to Turn over Certain Moneys and Papers Belonging to REBECCA B. APPEL and REBECCA APPEL, as Administratrix, etc., of ABRAHAM BEUTLER, Also Known as ABRAHAM BEITLER, Deceased, and to Execute a Substitution of Attorneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX FLEISCHER, Appellant, v. MAX BRAND and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of THE CITY OF NEW YORK, etc., Relative to Acquiring Title to Certain Real Property Located Generally along Houston Street between Sixth Avenue (Extension) and Elizabeth Street, in the Borough of Manhattan, City of New York, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK STECKLER, Appellant, v. THE WARDEN OF THE CITY PRISON, Respondent.*— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANNA HARTMAN, as Administratrix, etc., of CASPAR HARTMAN, Deceased, Appellant, v. ADOLPH FISCHER, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.